[Nos. 18687-0-II; 18756-6-II.   Division Two.   June 5, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LYONS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT E. ROSSA, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 94-1-00008-1, 94-1-00009-0, Vicki L. Hogan, J., entered September 15 and 20, 1994. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

[Nos. 19538-1-II; 19549-6-II.   Division Two.   June 5, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DOKDINH SAYASACK, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. FILOMENA MARIE WASHINGTON, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 94-1-02000-7, 94-1-01997-1, D. Gary Steiner, J., entered May 22, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.

[No. 20764-8-II.   Division Two.   June 5, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN KINGSLEY HARDY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-1-00171-1, David E. Foscue, J., entered May 6, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Seinfeld, J.